THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Phillip Jackson,       
Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2004-UP-534
Submitted October 1, 2004  Filed October 
 20, 2004

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster;Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Phillip Jackson was indicted 
 for murder.  He was convicted and sentenced to life without parole.  Jackson 
 appeals.  
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Jackson attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Jacksons appeal is without legal merit sufficient to warrant a new trial.  
 Jackson filed a separate pro se response.  
 After a thorough review of the record 
 and the pro se response pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.  
 APPEAL DISMISSED. [1] 
 STILWELL, BEATTY, and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.